IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON EDWARD "MICHELLE MARIE FURYEA" CORDER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>MATTHEW CATE,<br><br>　　　　Respondent.<br>_____ / | No. C 11-1553 WHA (PR)<br><br>**ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS; DENYING APPOINTMENT OF COUNSEL**<br><br>(Docket Nos. 2, 3) |

　　　　Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus under 28 U.S.C. 2254.

　　　　Petitioner concedes that he presently has a "petition, appeal or other post-conviction proceeding" pending before the Del Norte County Superior Court. The Ninth Circuit has held unequivocally that the habeas exhaustion requirement is not satisfied if there is a pending proceeding in state court, even if the issue the petitioner seeks to raise in federal court has been finally determined by the highest available state court. *Sherwood v. Tomkins*, 716 F.2d 632, 634 (9th Cir. 1983). This is because the pending state action might result in reversal of the conviction on some other ground, mooting the federal case. *Ibid.*

　　　　The petition is **DISMISSED** without prejudice to refiling it when no further proceedings are pending in the California state courts. *See ibid.* (if state court action is pending, claims are not exhausted).

　　　　**IT IS SO ORDERED.**

Dated: April  27 , 2011.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.11\CORDER1553.DSM.wpd